LEON TUCHOLSKI and ELIZABETH TUCHOLSKI, Appellants, v. JOSEPH ZIELENSKI and LOTTIE ZIELENSKI, and GEORGE W. BRUSH & SON, INC., Respondents, and Others, Defendants.— Order in so far as it denies plaintiffs' motion for summary judgment affirmed, and in so far as it grants the cross-motion of defendant George W. Brush & Son, Inc., for the same relief and determines that its mortgage take precedence over plaintiffs' mortgage reversed on the law, without costs, and the

motion denied, without costs. There are questions of fact and law to be determined. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.